# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

                                                                         Case No.

v.

                                                                          Judge

---

## NOTICE OF MANUAL FILING

Please take notice that
has manually filed the following document or item:


This document has not been filed electronically because:

The document or item cannot be converted to an electronic format

The electronic file size of the document exceeds 20 pages
    ( *Electronic Filing Rule 5*)

The document or item is filed under seal
    (*Electronic Filing Rule 6*)

                      is excused from filing this document or item by court order.

Other


The document or item has been manually served on all parties.

                                              Regards,

                                              NORBERT G. JAWORSKI, Clerk


                                                By:_____
                                                             Deputy Clerk