UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

v.

Case No.

Judge

---

NOTICE OF MANUAL FILING

Please take notice that          has manually filed the following document or item:



This document has not been filed electronically because:

The document or item cannot be converted to an electronic format

The electronic file size of the document exceeds 20 pages
     ( *Electronic Filing Rule 5*)

The document or item is filed under seal
     (*Electronic Filing Rule 6*)

               is excused from filing this document or item by court order.

Other

The document or item has been manually served on all parties.

Regards,

NORBERT G. JAWORSKI, Clerk

By:_____
        Deputy Clerk