EXHIBIT

ALL-STATE LEGAL®

B

SOUTHWEST ILLINOIS BRICKLAYER'S HEALTH & WELFARE FUND

LOCALS #2 and #65

AGREEMENT AND DECLARATION OF TRUST

# SOUTHWEST ILLINOIS BRICKLAYERS HEALTH & WELFARE FUND

## AGREEMENT AND DECLARATION OF TRUST

### INDEX

**PREAMBLE**                                                                                      PAGE

ARTICLE I        DEFINITIONS
                 Section 1 – Union                                                                 1
                 Section 2 – Association                                                           1
                 Section 3 – Employer                                                              1
                 Section 4 – Employee                                                              1
                 Section 5 – Trustees                                                              1
                 Section 6 – Employee Trustees                                                     1
                 Section 7 – Employer Trustees                                                     1
                 Section 8 – Agreement & Declaration of Trust                                      2
                 Section 9 – Trust Fund                                                            2
                 Section 10  Health & Welfare Plan                                                 2
                 Section 11  Employer Contributions                                                2

ARTICLE II       CREATION, PURPOSE & APPLICATION OF TRUST FUND
                 Section 1 – Creation of Trust                                                     3
                 Section 2 – Purpose & Application of Trust Fund                                    3–4
                 Section 3 – Health & Welfare Plan & Benefit Contracts                             4
                 Section 4 – Limitation of Rights to Trust Fund                                    4–5

ARTICLE III      CONTRIBUTIONS
                 Section 1 – Contributions to the Fund                                             5
                 Section 2 – Cost of Collection Delinquent Reports                                 5
                 Section 3 – Cash Bonds                                                            6

ARTICLE IV       ESTABLISHMENT & ACCEPTANCE OF HEALTH & WELFARE PLAN
                 Section 1 – Establishment of Health & Welfare Plan                                6
                 Section 2 – Acceptance and Operation by Trustees                                  6

ARTICLE V        TRUSTEES
                 Section 1 – Designation of Trustees                                               6
                 Section 2 – Officers                                                              6
                 Section 3 – Acceptance of the Trust by Trustees                                   6
                 Section 4 – Trustee's Term of Office                                              7
                 Section 5 – Successor Trustee                                                     7
                 Section 6 – Removal of Trustee                                                    7
                 Section 7 – Compensation of Trustees                                              7
                 Section 8 – Meetings                                                              7–8
                 Section 9 – Action of Trustees                                                    8

ARTICLE VI       EXECUTION OF INSTRUMENTS – LIABILITY
                 Section 1 – Execution of Instruments                                              8
                 Section 2 – Liability of Trustees                                                 9
                 Section 3 – Liability of Union, Employers and Trustees                            9
                 Section 4 – Employers, Union or Association not Liable
                             for Benefits                                                          9

I

SOUTHWEST ILLINOIS BRICKLAYERS HEALTH & WELFARE FUND

AGREEMENT AND DECLARATION OF TRUST

INDEX:    (continued)

|  |  | PAGE |
|---|---|---|
| ARTICLE VIII | ADMINISTRATION OF TRUST FUND | |
|  | Section 1 - General | 9-11 |
|  | Section 2 - Books of Account | 11 |
| ARTICLE VIII | MISCELLANEOUS PROVISIONS | |
|  | Section 1 - Employer's Obligation to Furnish Information | 12 |
|  | Section 2 - Dealings with Trustees | 12 |
|  | Section 3 - Notices | 12 |
|  | Section 4 - Advice of Counsel | 13 |
|  | Section 5 - Legal Action by Trustees | 13 |
|  | Section 6 - Costs of Suit | 13 |
|  | Section 7 - Fidelity Bonds | 13 |
|  | Section 8 - Payments to or by Trust Fund | 13 |
| ARTICLE IX | AMENDMENTS | 13 |
| ARTICLE X | TERMINATION OF TRUST | |
|  | Section 1 - Conditions of Termination | 14 |
|  | Section 2 - Procedures in Event of Termination | 14 |
| ARTICLE XI | SITUS AND CONSTRUCTION OF TRUST | 15 |
|  | ACCEPTANCE OF TRUSTEESHIP | 16 |

II

## SOUTHWEST ILLINOIS BRICKLAYER'S HEALTH & WELFARE FUND

### PREAMBLE

This Agreement and Declaration of Trust, effective _____, by and between Contractors working in jurisdiction of Local #65 and Local #2, together with such other Employers as herein defined who become parties to this Agreement, and Local #65 and Local #2, together with such like Local Unions who become parties to this Agreement:

### WITNESSETH:

WHEREAS, the Union and the Association have entered into a certain Collective Bargaining Agreement which provides, among other things, for the establishment of a Health & Welfare Fund, and,

WHEREAS, to effect the aforesaid Health & Welfare Fund, it is desired to establish and maintain a Trust Fund which will conform to the applicable requirements of the Labor Management Relations Act of 1947, as amended, and qualify as a "qualified trust", and as an exempt trust, pursuant to 1954 Internal Revenue Code, Sections 401, 501 (a), and other pertinent provisions thereof:

NOW, THEREFORE, in consideration of the mutual promise of the parties and in order to establish and provide for the maintenance of the aforesaid Trust Fund, to be known as the Southwest Illinois Bricklayer's Health & Welfare Fund, hereinafter referred to as the "Trust Fund", it is mutually understood and agreed as follow:

III

## ARTICLE I  -  DEFINITIONS

### SECTION I - UNION

The term "Union" as used herein shall mean Bricklayers and Allied Craft Locals #65 and #2, together with any other like Local Unions who have in effect with the Association, or with other Employers, Health & Welfare Agreements or Collective Bargaining Agreements providing for the establishment of a Health and Welfare Plan and Trust Fund for the payment of contributions to such Fund.

### SECTION 2 - ASSOCIATION

The term "Association" as used herein shall mean all contractors working in the jurisdiction of Locals #65 and #2.

### SECTION 3 - EMPLOYER

The term "Employer" as used herein shall mean an Employer who is a party to this Agreement, or is represented in collective bargaining by the Association, or otherwise, and who is bound by a Collective Bargaining Agreement with the Union providing for the establishment of a Health & Welfare Plan and Trust Fund and for the payment of contributions to such Fund.

### SECTION 4 - EMPLOYEE

The term "Employee" shall mean all persons on whose account an Employer is, or has been required to make contributions into the Trust Fund or is eligible for benefits as provided by the Health & Welfare Plan, including Business Representatives of the Union and any full time Employee of the Union while employed in a paid capacity by the Union or affiliate therefore.

### SECTION 5 - TRUSTEES

The term "Trustees" as used herein shall mean natural persons designated as Trustees pursuant to Article V, Section 1, or Article V, Section 5, of this Agreement and Declaration of Trust.

### SECTION 6 - EMPLOYEE TRUSTEES

The term "Employee Trustees" as used herein shall mean any Trustee designated soley by the Union in the manner provided herein.

### SECTION 7 - EMPLOYER TRUSTEES

The term "Employer Trustees" as used herein shall mean any Trustee designated by the Association in the manner provided herein.

1.

ARTICLE I - DEFINITIONS          (Continued)

## SECTION 8 - AGREEMENT AND DECLARATION OF TRUST

The term "Agreement and Declaration of Trust" as used herein shall mean this instrument, including all amendments hereto and modifications hereof and the Trust created hereunder.

## SECTION 9 - TRUST FUND

The term "Trust Fund" as used herein shall mean Southwest Illinois Bricklayer's Health & Welfare Fund and the entire assets thereof, including all funds received in the form of Employer contributions, together with all contract, (including dividends, interest, refunds, and other sums payable to the Trustees on account of such contracts), and contributions received from other Health & Welfare Trust Funds, all investments made and held by the Trustees, all income, increments, earnings and profits therefrom and any and all other property of funds received and held by the Trustees by reason of their acceptance of this Agreement and Declaration of Trust.

## SECTION 10 - HEALTH & WELFARE PLAN

The term "Health & Welfare Plan" as used herein shall mean the Plan, Program, Method, Rules and Procedure for the payment of benefits from the Trust Fund and amendments thereto which have been established and adopted by the Trustees.

## SECTION 11 - EMPLOYER CONTRIBUTIONS

The term "Employer Contributions" as used herein shall mean payments made to the Trust Fund by an Employer.

2.

## ARTICLE II – CREATION, PURPOSE AND APPLICATION OF TRUST FUND

### SECTION 1 – CREATION OF TRUST

The Union and the Association on behalf of their Employers do hereby accept and agree to be bound by the provisions of this Agreement and Declaration of Trust. All other Employers who accept and agree to be bound by this Agreement and Declaration of Trust shall be deemed a party thereto.

### SECTION 2 – PURPOSE AND APPLICATION OF TRUST FUND

(a) The Trust Fund is created, established and maintained and the Trustees agree to receive the Trust Fund, hold and administer, it for the purpose of providing benefits for the Employees and their beneficiaries in accordance with the Health & Welfare Plan.

(b) To effect the aforesaid, the Trustees shall have the power to use and supply the Trust Fund for the following purpose:

    (1) To pay or provide for the payment of benefits to Employees and their beneficiaries when found eligible to receive the same in accordance with the provisions of the Health & Welfare Plan.

    (2) To pay or provide for the payment of all reasonable and necessary expenses, costs and fees having to do with the installation of the Health & Welfare Plan, payment of the Trustees for reimbursement of the reasonable expenses incurred under specific authority granted by resolution of the Trustees, such expenses being specifically itemized, payment of proper administration costs of the Trust Fund, including employment of such actuarial, legal, professional, expert and clerical assistance as the Trustees in their discretion deem necessary or appropriate in the performance of their duties, expenses of collecting the Employer's contributions and any other moneys and property to which the Trust Fund may be entitled, expenses incurred in the purchase or leases of such premises, materials, supplies and equipment, and the performance of such other acts as the Trustees in their sole discretion find necessary or appropriate in the performance of their duties; provided, however, that no part of the Trust Fund shall be used for any personal expenses.

    (3) To pay or provide for the payment of all real and personal property taxes, income and other taxes or assessments of any and all kinds levied or assessed under existing or future laws upon or in respect to the Trust Fund or any money or property forming a part thereof.

    (4) To maintain a reserve for expected administrative expenses reasonably anticipated to be incurred.

    (5) To make deposits and payments pursuant to any contract referred to in Section 3 (b) of this Article providing benefits contemplated herein.

    (6) To make any deposits to a Bank, Trust Company, or Insurance Company which through agreement with the Trustees has been empowered to make benefit payments to eligible Employees or beneficiaries.

(7)     To keep property purchased by the Trustees registered in the name of a nomiee or nominees, as may be determined within the discretion of the Trustees.

(8)     To decide all questions or controversies arising in any manner or between any parties or persons in connection with the Trust Fund or the operation thereof, whether as to any claim for any benefits made by an Employees, or any other person, or whether as to the construction of the language or meeting of the rules and regulations adopted by the Trustees or established by this instrument, or as to any writing, decision, instrument or accounts in connection with the operation of the Trust Fund or otherwise, and the decision of the Trustees if made in good faith, shall be binding upon all persons dealing with the Trust Fund or claiming any benefits thereunder.

## SECTION 3 - HEALTH & WELFARE PLAN AND BENEFIT CONTRACTS

The Trustees are hereby empowered and authorized to establish a Health & Welfare Plan:

(a)     To be known as the Southwest Illinois Bricklayer's Health & Welfare Plan, which shall set forth the benefits to be provided from the Trust Fund, the conditions of eligibility, for such benefits, the terms of payment, and such other items as the Trustees shall deem it necessary to include.

(b)     To enter into an Agreement with a reputable insurance company licensed to do business in the State of Illinois for the purpose of providing benefits granted under the terms of the Health & Welfare Plan.

## SECTION 4 - LIMITATION OF RIGHTS TO TRUST FUND

The following limitations shall apply to the rights or interest in, or use of the Trust Fund:

(a)     Neither the Union, Employer, Employees or Association, nor any other person, association, or corporation shall have any right, title or interest in or to the Trust Fund except as specifically provided by the Health & Welfare Plan and the applicable rules and regulations thereunder.  It is the intention of the parties hereto that this Section shall not disqualify contributions due from any Employer from being a priority claim in the event of bankruptcy of any such Employer.

(b)     Anything contained in this Agreement and Declaration of Trust to the contrary notwithstanding, no part of the corpus or income of the Trust Fund shall be used for or diverted to purpose other than for the exclusive benefit of Employees or their beneficiaries, or for the purpose set out in Section 2 of this Article.

4.

(c)  No money, property, equity or interest of any nature whatsoever in the Trust Fund, group annuity or other contracts, or any benefits or moneys payable therefrom shall be subject to sale, transfer, assignment, encumbrance or other anticipation, nor to seizure or sale under any legal, equitable or other process.  In the event that any claim or benefit shall, because of any debt incurred by or resulting from any other claim or liability against any Beneficiary, or by reason of any sale, assignment, transfer, encumbrance, anticipation or other disposition made or attempted sale under legal equitable or other process, or in any suit or proceeding become payable, or be liable to become payable to any person other than the beneficiary for whom the same is intended, as provided herein, and in any Health & Welfare Plan established hereunder, the Trustees shall have power to withhold payment of such claim or benefit to such beneficiary until such assignment, transfer, encumbrance, anticipation or other disposition, writ or legal process is cancelled or withdrawn in such manner as shall be satisfactory to the Trustee.  Until so cancelled or withdrawn, the Trustee shall have the right to use and apply the benefit as the Trustees may deem best, directly for the support and maintenance of such beneficiary.

(d)  All funds received by the Trustees hereunder as a part of the Trust Fund shall be deposited by them in such Bank or Banks or Trust Company or Trust Companies as the Trustees may designate for that purpose, and all withdrawals of such funds shall be made by the Trustees pursuant to the authorization in Article IV, Section I.

## ARTICLE III – CONTRIBUTIONS

## SECTION 1 – CONTRIBUTIONS TO THE FUND

Each employer shall make prompt contributions to the Trust Fund in such amount and under the terms provided for in the applicable Collective Bargaining Agreement which are in effect from time to time between the Employers or their bargaining representatives and the Union, or in such amount and under such terms as may be agreed upon orally or in writing between the Employer and the Union, provided that such contibutions shall be subject to acceptance by the Trustees and shall be deposited by the Employer to the credit of the Trustees in a bank designated by the Trustees.  The Employer agrees that there shall be an absolute obligation to the Trust Fund, and such obligation shall not be subject to set-off, or counter-claim which the Employer may have for any liability of the Union.

## SECTION 2 – COST OF COLLECTING DELINQUENT REPORTS

In the event an Employer fails to pay the sum due the Health & Welfare Fund, when the same shall become due and payable, he shall be considered delinquent and in breach of this agreement and as a fee for such delinquency, shall be assesed and required to pay to the Health & Welfare Fund, in addition to the sum currently due and payable, ten percent (10%) of said sum due for the first twenty (20) days of the delinquency, plus five percent (5%) for the next calendar month of delinquency, or fraction thereof, plus a fee of one percent (1%) of each successive month of delinquency, or fraction thereof, until paid.  Delinquent Employer shall also be liable for all reasonable expenses incurred by the Funds directly attributable to the cost of collection of said delinquent payment.

## SECTION 3 - CASH BONDS

The Trustees may require delinquent or questionable Employers to post a cash bond with the Fund. Such cash bond shall be in the amount of approximately three months contributions based upon the number of Employees employed by the Employer making such cash bond. It shall be the responsibility of the Business Agent of the Union to police this provision.

## ARTICLE IV - ESTABLISHMENT AND ACCEPTANCE OF HEALTH & WELFARE PLAN

## SECTION 1 - ESTABLISHMENT OF HEALTH & WELFARE PLAN

The Union and the Association on behalf of their Employers and other Employers, agree that the Trustees are to establish and adopt a plan for the payment of such Health & Welfare benefits, and such other benefits as are feasible. Such plan shall conform to the applicable section of the Internal Revenue Code for purposes of tax deduction and exemption and the provisions of, and the purposes set forth in the Agreement.

## SECTION 2 - ACCEPTANCE AND OPERATION BY TRUSTEE

The Trustees hereby accept and agree to begin active administration of the Health & Welfare Plan as soon as possible upon its establishment and adoption by the Union and the Association.

## ARTICLE V - TRUSTEES

## SECTION 1 - DESIGNATION OF TRUSTEES

   (a)   The Board of Trustees shall be constituted as follows:

      (1) Each signatory Local Union shall appoint two Trustees (hereinafter called Union Trustees)

      (2) The employers within the geographical jurisdiction of each signatory Local Union shall appoint a total of two Trustees (hereinafter called the Employer Trustees)

## SECTION 2 - OFFICERS

The Trustees shall elect two (2) officers; a Chairman and a Secretary to serve for the period of one (1) year or until their successor shall be elected.

## SECTION 3 - ACCEPTANCE OF THE TRUST BY TRUSTEES

A Trustee upon signing this Agreement and Declaration of Trust, or upon written acceptance filed with the other Trustees in the case of any successor Trustee shall be deemed to accept the Trust created and established by this Agreement and Declaration of Trust and consent to act as Trustees and agree to administer the Trust Fund as provided herein.

## SECTION 4 - TRUSTEE'S TERM OF OFFICE

(a)    Each Trustee shall continue to serve as such until his death, incapacity, resignation or removal as provied herein.

(b)    A Trustee may resign and remain fully discharged from all future duty or responsibility hereunder by giving notice in writing to the remaining Trustees and to the party designating him, which notice shall state the date such resignation shall take effect and such resignation shall take effect on the said date unless a successor Trustee shall have been appointed at an earlier date, in which event such resignation shall take effect as of the date of filing, by the successor, of the written acceptance provided for under Section 3 of this Article.

## SECTION 5 - SUCCESSOR TRUSTEE

(a)    In the event any Union Trustee shall die, become incapable of acting, resign or be removed, a successor Union Trustee shall be immediately designated by the Union.

(b)    In the event any Employer Trustee shall die, become incapable, resign or be removed, a successor Employer Trustee shall be designated immediately by the Association.

(c)    Any successor Trustee shall, immediately upon his acceptance of the Trusteeship in writing filed with the Trustees, become vested with all the property rights, powers and duties of the Trustee hereunder with the like effect as if he had been originally named as a Trustee.

## SECTION 6 - REMOVAL OF TRUSTEES

Any Trustee may be removed from office at any time, by the Union or the Association before the expiration of his elected or appointed term of office which will be three (3) years, where it is found that he is guilty of malfeasence or misfeasence in the performance of his duties as Trustee by a State or Federal Court with jurisdiction to determine such matters.

## SECTION 7 - COMPENSATION OF TRUSTEES

Trustee shall serve without compensation from the Trust Fund except for reimbursement of reasonable expenses incurred under specific authority granted by resolution of the Trustees.

## SECTION 8 - MEETINGS

(a)    A regular meeting of the Trustees shall be held at least once a year at a date fixed by the Trustees. The chairman, or the secretary-treasurer or any two (2) Trustees may call a meeting of the Trustees at any time by giving at least seven (7) days written notice of the time and place thereof to each Trustee. Such notices may be delivered in person, by mail or by telegram. Meetings of the Trustees may also be held at any time without notice if all the Trustees consent thereto. In the event that the Trustee shall unanimously concur in writing upon any proposition, no meeting need be held by the Trustees. The vote of the Trustees may be cast by them in person or may be evidenced by written instrument signed by them.

7.

SECTION 8 - MEETINGS   (continued)

(b)   It shall take one (1) Union Trustee and one (1) Contractor Trustee
      from each Local Union to have a quorum to hold a meeting.

## SECTION 9 - ACTION OF TRUSTEES

(a)   The Trustees may adopt by-laws, rules or regulations to govern themselves,
      which are not inconsistent with any provisions of the Agreement and
      Declaration of Trust.

(b)   The decisions of the Trustees shall be determined by a majority vote.
      A deadlock shall be deemed to exist whenever a proposal, nomination,
      motion or resolution made by any Trustee is not adopted or rejected by
      a majority vote.

(c)   In the event of such deadlock arising, the Employer Trustees and Union
      Trustees shall meet for the purpose of agreeing upon a neutral person
      to break such deadlock by deciding the dispute in question.  In the
      event of the inability of the Employer Trustees and the Union Trustees
      to agree upon the selection of such neutral person, the following
      procedure shall be followed.  A neutral person shall be designated by
      the American Arbitration Association.  Such neutral person shall be a
      member of the American Arbitration Association.  Such neutral person
      shall immediately proceed to hear the dispute between the Trustees and
      decide such dispute and the decision and award of such impartial person
      shall be final and binding upon the parties and the reasonable compensation
      for such neutral person shall be paid from the Fund.  The costs and
      expenses incidental or any proceedings needed to break a deadlock shall
      be borne by the Union and the Association as incurred by each.

(d)   Any neutral person selected or designated to break a deadlock shall
      be required to enter his decision within the time fixed by the Trustees.
      The scope of any such proceeding before such neutral persons shall be
      limited to the provisions of this Agreement and Declaration of Trust
      and Health & Welfare Plan.  The neutral person shall have no jurisdiction
      to decide any issue arising under, or involving the interpretation of
      any Health & Welfare agreements or bargaining agreements, between the
      Union, the Association and other Employers, and, such neutral person
      shall have no power or authority to change, add to, subtract from, or
      modify any provisions of such Health & Welfare Agreements or collective
      bargaining agreements.

## ARTICLE VI - EXECUTION OF INSTRUMENTS -- LIABILITY

## SECTION 1 - EXECUTION OF INSTRUMENTS

The Trustee shall authorize by resolution at least one Employer and one Union
Trustee to execute any instrument, in writing, on behalf of the Trustees, and all
persons, partnership and corporations may rely thereupon that such instrument has
been duly authorized.

## SECTION 2 - LIABILITY OF TRUSTEES

(a) Neither the Trustees nor any Trustee shall be liable for any honest error of judgment, nor shall they or he be personally liable for any liability or debt of the Trust Fund contracted or incurred by them or him, nor for the nonfulfillment of any contract, nor for any other liability arising in connection with the administration or the existence of the Trust Fund; PROVIDED, HOWEVER, nothing herein shall exempt the Trustee from any liability obligation or debt arising out of their or his acts or omissions done or suffered in bad faith or through failure to act as a prudent man.

(b) The Trustees and each Trustee shall be fully protected in acting upon any insturment, certificate or paper believed by them to be genuine and to be signed or presented by the proper person and shall be under no duty to make any investigations nor inquiry as to any statement contained in any such record but may accept the same as exclusive evidence of the truth and accuracy of the statement therein contained.

## SECTION 3 - LIABILITY OF UNION, EMPLOYERS AND TRUSTEES

Nothing in this Agreement and Declaration of Trust shall be construed as making the Union, the Association or any Employer liable for the payments required to be made by any other Employer and each Employer's liability shall be limited soley to the payment of the amount due plus penalties and costs per Article III, Section 2, under any Health & Welfare Agreement or under the applicable collective bargaining Agreement.

## SECTION 4 - EMPLOYERS, UNION OR ASSOCIATION NOT LIABLE FOR BENEFITS

None of the Employers, Union or Association shall be liable for the failure of the Trustees to secure the benefits contemplated herein or in the Health & Welfare Plan for any Employee or beneficiary or for any default or neglect of the Trustees.

## ARTICLE VII - ADMINSTRATION OF THE TRUST FUND

## SECTION 1 - GENERAL

The Administration of the Trust Fund shall be vested wholly in the Trustees and for such administration the Trustees shall, consistent with the purpose of this Trust Fund have the power and authority to:

(a) Require immediate contributions to the Trust Fund by Employers in accordance with the Agreement between the Employer or his collective bargaining agent and the Union. The Trustees shall have the power to demand, collect and receive Employer contributions for the purpose specified herein, and to impose a penalty and cost as per Article III, Section 2, for delinquency in payment of Employer contributions. In order to carry out and effectuate the purpose hereof, the Trustees shall have the power to specify the time, manner, and place of payment of Employer contributions of the Trust Fund and shall promulgate these requirements.

(b) Administer the Trust Fund through a professional administrator.

9.

ARTICLE VII – ADMINSTRATION OF THE TRUST FUND

SECTION 1 – GENERAL    (continued)

(c)  Make such uniform rules and regulations as are consistent with and necessary for effectuating the provisions of this Agreement and Declaration of Trust, including but not limited to the following:

   (1)  Develop procedures for the establishment of credited services of Employees, including the means of affording Employees the opportunity to object thereto, and to establish such facts conclusively;

   (2)  To prescribe rules and procedures governing the application for benefits by Employees and beneficiaries, it being agreed that such rules and regulations otherwise referred to as the Health & Welfare Plan be published in the form of a uniform booklet.  This booklet and other printed material issued by the Trustee will bear a Union label.

   (3)  To make determinations which shall be final and binding upon all parties as to the rights of any Employee and any beneficiary to benefits, including any rights any individual may have to request a hearing with respect to any such determination.

   (4)  To obtain and evaluate all statistical and actuarial data which may be reasonably required with respect to the administration of the Health & Welfare Plan, it being agreed that all information, record, lists of Employers and Employees and all other data which may come into the hands of the Trustees are to be considered confidential and private records of the Trust Fund and no information from such records, lists or data shall be divulged by the Trustees unless unanimously authorized by the Trustees.

   (5)  To make reciprocal agreements with the Trustees of other Health & Welfare Plans, if actuarially sound, established by Unions and Employers, to provide for the reciprocal transfer of credited service between such Health & Welfare Plan in the case of Employees transferring their employment to such Employers.

   (6)  To make such other rules and regulations as may be necessary for the administration of the Health & Welfare Plan which are not inconsistent with the purposes of this Agreement and Declaration of Trust.

(d)  Exercise all rights or privileges granted by the provisions of any contract entered into by the Trustees and any Insurance Company or Bank and Trust Company, and to agree with such Insurance Company to any alteration, modifications, amendment or cancellation of such contract which they in their discretion may deem necessary or advisable.

(e)  Invest or reinvest such funds as are not necessary for current expenditures as they may from time to time determine.  When so investing or reinvesting, they shall exercise the judgment and care which men of prudence, discretion and intelligence exercise in the management of their own affairs, not for speculation, but in regard to the permanent disposition of the Fund, and shall in so doing consider the probable income as well as the probable safety of the capitol of the funds entrusted to them.

10.

ARTICLE VII - ADMINISTRATION OF THE TRUST FUND

SECTION 1 - GENERAL          (continued)

(f)   Delegate to a corporation authorized to act in the such capacity, such
      duties and responsibilities with respect to investing and reinvesting
      such assets as they shall specify in such delegation.  The Trustees,
      acting in good faith, shall not be liable for any act or omission of
      the corporation in the discharge of the duties delegated to it.  The
      corporation shall exercise the judgment and care which men of prudence,
      discretion and intelligence exercise in the management of their own
      affairs, not for speculation, but in regard to the permanent disposition
      of their funds, and shall in so doing consider the probable income as
      well as the probable safety of the capital of the funds entrusted to them.

(g)   Enter into agreements, contract and other instruments for the deposit of
      funds with banks, trust companies or other institutions, which accept and
      hold monies on deposit, and to authorize such depository to act as
      custodian of the funds, whether in cash or securities or other property,
      and to authorize such depository or depositories to convert, invest and
      reinvest the funds, entirely or in part, into securities.

(h)   Construe the provisions of the Agreement and Declaration of Trust and the
      Health & Welfare Plan and the terms used herein, and any construction
      adopted by the Trustees in good faith shall be binding upon the Union,
      the Employers, the Association and the Employees and their beneficiaries.

(i)   In addition to such such other powers as are set forth herein or conferred
      by law:

      (1)   Sell, exchange, lease, convey or dispose of any property at any
            time forming part of the Trust Fund or the whole thereof upon such
            terms as they may deem proper and to effect and deliver any and all
            instruments of conveyance and transfer in connection therewith.

      (2)   Enter into any and all contracts and agreements for carrying out the
            terms of the Agreement and Declaration of Trust and for the
            administration of the Trust Fund and to do all acts as they in their
            discretion may deem necessary or advisable and such contracts,
            agreements, and acts shall be binding and conclusive on the Union,
            Association, Employers and Employees and their beneficiaries.

      (3)   Do all acts whether or not expressly authorized herein which the
            Trustees deem necessary or proper for the protection of the Trust
            Fund held hereunder and their judgment shall be final.


SECTION 2 - BOOKS OF ACCOUNTS

The Trustees shall keep true and accurate books of accounts and records of all
their transactions which shall be open to the inspection of any Trustee at all
time and which shall be audited at least annually and at such times as the Trustees
shall deem advisable by a certified public accountant selected by the Trustees.
Such audits shall be available at all time for inspection by the Union, Association,
Employers or other interested persons at the principal office of the Trust Fund.

## ARTICLE VIII  -  MISCELLANEOUS PROVISIONS

### SECTION 1 - EMPLOYERS' OBLIGATION TO FURNISH INFORMATION

Each Employer shall promptly furnish to the Trustees on demand any and all necessary records of his Employees concerning the names, Social Security Numbers, amount of wages paid and hours worked and any other payroll records,  payroll tax returns, and information that the Trustees may require in connection with the administration of the Trust Fund and for no other purpose.  The Trustees or their authorized representatives may examine the payroll books, payroll tax returns and records of each Employer whenever such examination is deemed necessary by the Trustees in connection with the proper administration of the Trust.  The cost of auditing the records of the Employer under this section shall be borne by the Employer whose records have been audited.  If it becomes necessary to institute suit against the Employer, all attorney's fees and court costs shall also be paid by the Employer.

### SECTION  2 - DEALINGS WITH TRUSTEES

No person, partnership, corporation or association dealing with the Trustees shall be obliged to see to the application of any funds or property of the Trust Fund or to see that the terms of the Agreement and Declaration of Trust or of the Health & Welfare Plan have been complied with, or be obliged to inquire into the necessity or expedience of any act of the Trustees.  Every instrument effected by the Trustees, whether executed by all of them or in the mannerspecified in Article VI, Section 1, shall be conclusive in favor of any person, partnership, corporation or association relying thereon that:

(a)  At the time of delivery of said instrument, this Agreement and Declaration of Trust was in full force and effect, and

(b)  Said instrument was effected in accordance with the terms and conditions of this Agreement and Declaration of Trust, and

(c)  The Trustees were duly authorized and empowered to execute such instrument.

### SECTION 3 - NOTICES

Notice given to a Trustee, Union, Employer, Association or any other person shall, unless otherwise specified herein, be sufficient if in writing and delivered to or sent by postpaid first class mail or prepaid telegram to the last address as filed with the Trustee.

Except as herein otherwise provided, the delivery of any statement or document required hereunder to be made to a Trustee, Union, Employer, or Association shall be sufficient if delivered in person or if sent by postpaid first class mail to his or its last address as filed with the Trustees.

12.

## SECTION 4 – ADVICE OF COUNSEL

The Trustees may, in their discretion, employ legal counsel. Any action taken by the Trustees upon the advice of counsel shall be regarded as prudent and the Trustees shall be held completely harmless and fully protected in acting and relying upon the advice of such counsel, as to legal questions arising out of this Agreement and Declaration of Trust or the administration of the Health & Welfare Plan.

## SECTION 5 – LEGAL ACTION BY TRUSTEES

The Trustees may seek judicial protection by any action or proceeding they may deem necessary to settle their accounts, or to obtain a judicial determination or declarat judgment as to any question of construction of the Agreement and Declaration of Trust or instruction as to any action thereunder. Any such determination shall be binding upon all parties to or claiming under this Agreement and Declaration of Trust.

## SECTION 6 – COSTS OF SUIT

The costs and expenses of any action, suit, or proceeding brought by or against the Trustees or any of them (including counsel fees) shall be paid from the Trust Fund, except in relation to matter as to which it shall be adjudged in such action, suit or proceedings that such Trustee was acting in bad faith or was negligent, performed his duties hereunder with willful misconduct, or except as specified in Article III, Section 2, of the Agreement and Declaration of Trust.

## SECTION 7 – FIDELITY BONDS

All of the Trustees and each Employee employed by the Trustees who may be engaged in receiving or withdrawing of monies of the Trust Fund shall be bonded for such sums as the Trustees from time to time shall determine, or as required by law, duly authorized Surety Company. The cost of premiums for such bonds shall be paid out of the Trust Fund.

## SECTION 8 – PAYMENTS TO OR BY TRUST FUND

All payments due to or from the Trust Fund shall be by check, bank draft, postal money order or other recognized written method of transmitting money or its equivaler

## ARTICLE IX – AMENDMENTS

This Agreement and Declaration of Trust may be amended in any respect from time to time by majority vote of the Trustees, except, that no amendment shall divert the Trust Fund as constituted immediately prior thereto or in any part thereof to a purpose other than as set forth herein, nor shall there be any amendments which coulc change the manner of designation or equality of number of Employee Trustees and Employer Trustees, nor eliminate the requirement of an annual audit, nor the payment of necessary expenses.

A copy of such amendment, upon passage by the Trustees, shall be made public in a form and to an extent considered necessary by them.

ARTICLE X  -  TERMINATION OF TRUST

SECTION 1 - CONDITIONS OF TERMNATION

This Agreement and Declaration of Trust shall cease and terminate upon the happening of any one or more of the following events:

(a)    In the event the Trust Fund shall be in the opinion of the Trustees, inadequate to carry out the intent and purpose of the Agreement, or to meet the payments due or to become due under this Agreement to persons already drawing benefits;

(b)    In the event there are no individuals living who can qualify as Employees hereunder;

(c)    In the event of termination by action of the Union and the Association;

(d)    In the event the Union and the Association desire to merge this Fund with any other Health & Welfare Fund.

SECTION  2  -  PROCEDURES IN EVENT OF TERMINATION

In the event of termination, the Trustess, shall:

(a)    Make provisions out of the Trust Fund for the payment of expenses incurred up to the date of termination of the Trust and the expenses incident to such termination.

(b)    Arrange for a final audit and report to their transactions and accounts, for the purpose of termination of their Trusteeship.

(c)    Apply the Trust Fund to pay any and all obligations of the Trust and distribute and apply any remaining surplus in such manner as will, in their opinion, best effectuate the purpose of the Trust.

14.

## ARTICLE XI  -  SITUS AND CONSTRUCTION OF TRUST

THIS TRUST is accepted by the Union, the Contractors, and Employers in the State of Illinois and all questions pertaining to its validity, construction and administration shall be determined in accordance with the laws of that State. If, for any reason, any provision of this Agreement shall be, is or is hereafter determined by decision, act or regulation of a duly constituted body or authority to be in any respect invalid, it shall not nullify any of the other terms and provisions of the Agreement and in such respect or respects as it may be necessary to conform this Agreement with the applicable provision of law in order to prevent the invalidity of such provision or provisions then the said provision or provisions shall be deemed automatically amended to conform with such rules, law, regulations, acts or decision.

IN WITNESS WHEREOF,  the Union,  the Contractors,  and Employers have affixed their signatures as of the day and year first above written at _____ _____.

## ACCEPTANCE OF TRUSTEESHIP

I/We the undersigned, having been designated to serve as Employee Trustee(s) and Employer Trustee(s), as the case may be, in accordance with the Agreement and Declaration of Trust providing for The Southern Illinois Bricklayer's Health & Welfare Fund, dated May 1, 1977, hereby accept the Trust created and established by the aforesaid Agreement and Declaration of Trust, consent to act as Trustee(s) and agree to administer the Trust Fund.

CONTRACTOR TRUSTEE:                    UNION TRUSTEE:

_____              _____
_____              _____
_____              _____
_____              _____
                                        _____

Dated this _17th_ day of _Oct_____, A.D., 1977.

**20.**