

EXHIBIT

C

## COLLECTION PROCEDURES OF THE CENTRAL COLLECTION UNIT OF THE BRICKLAYERS AND ALLIED CRAFTSMEN

These Collection Procedures govern the collection of delinquencies by the Central Collection Unit of the Bricklayers and Allied Craftsmen ("CCU") on behalf of the following participating entities: Bricklayers and Allied Craftsmen International Union ("BAC"); Bricklayers and Trowel Trades International Pension Fund ("IPF"); Bricklayers and Allied Craftsmen International Health Fund ("IHF"); International Masonry Institute ("IMI"); Bricklayers and Allied Craftsmen Political Action Committee ("BACPAC"); and Local Officers and Employees Pension Fund ("LOEPF") (collectively "CCU Entities").

I.   **REPORTS AND PAYMENTS TO CCU ENTITIES**

   A.   **Due Date**

       1.   Contributions and reports to the CCU Entities are due on or before the 15th day of the month following the month for which the contributions are being paid ("Due Date"), unless the collective bargaining agreement imposes a different Due Date.

OCT 01 '98 08:53 FR DICKSTEIN SHAPIRO          TO 06198026450#000# P.02

2. Reports of participating employers must be filed each month even if no contributions are due for that month. All participating employers, whether submitting contributions directly or through a local administrator or local union, must use the standard CCU report form.

3. Employer reports will be date-stamped on the day received in the CCU Office, or in the case of local administrators or local unions, on the day received by the local. The stamped date will be the controlling date with regard to these Collection Procedures.

4. If any controlling date under these Collection Procedures falls on a weekend or legal holiday, the applicable date will be the next working day.

5. The IPF is authorized by other CCU Entities to act on their behalf in litigation. All references to "CCU Office" in these Collection Procedures may also refer to "IPF Office," as applicable.

B. Notice Of Delinquency

1. If the CCU Office has not received payment by the last day of the month of the Due Date, the CCU Office will send a Reminder Notice to the employer. If payment has not been

2

received 30 days after the Reminder Notice, a Notice of Delinquency will be sent to the employer.

        2. The Notice of Delinquency will advise the employer that required contributions were not received by the Due Date and warn that if the contributions are not received within 15 days (45 days following the Due Date), the employer will be considered delinquent ("Delinquent Date") and will be assessed interest at 15% _per annum_ (retroactive to the Due Date) and may be required to pay Liquidated Damages of 20% of the delinquent amount. The Notice of Delinquency will require the employer to notify the CCU Office within five (5) days of the date of notice if the employer believes that the Notice of Delinquency was sent in error.

    C.    <u>Notice Of Referral To Counsel</u>

        1. If the CCU Office has not received payment within 15 days of the Notice of Delinquency, the CCU Office will send to the employer a Notice of Referral to Counsel.

        2. The Notice of Referral to Counsel will advise the employer that payments were not received by the Delinquent Date and that payments for contributions and interest are due and owing. Unless all sums owed are received by the CCU Office within 10 days following the Notice of Referral to Counsel, liquidated damages up to 20% of the delinquent contributions or

3

statutory interest may be imposed and the matter automatically will be referred to counsel. The Notice of Referral to Counsel also will state that counsel will be instructed to seek all sums recoverable, including contributions, interest, liquidated damages or statutory interest, and all attorneys' fees.

II.     COUNSEL

   A.     Procedures

      1.     If CCU has not received the contributions and applicable interest within 10 days of the Notice of Referral to Counsel, the matter automatically will be referred to counsel no later than 15 days from the due date.

      2.     Within 10 days of referral, counsel will send a letter to the employer advising that if payment of contributions, interest and other damages is not received within 10 days, suit will be instituted.

      3.     Suit thereafter will be instituted.

   B.     CCU Policy Following Referral To Counsel

      1.     Following the referral of a matter to counsel, the CCU Office will have no authority to deal with an employer except to discuss computations.

CV0#D1(SAM 600062

4

2. Counsel shall file suit for all moneys recoverable, including damages that may be recoverable under Section 502(g)(2) of ERISA and also may seek remedies under applicable state law against individual corporate officers and/or shareholders.

3. The CCU is authorized to seek legal redress prior to the time that the above procedures are exhausted if, in his sole discretion, the Director concludes that the interests of affected participants require immediate action. If an employer fails to make payment when due, suit may be filed to collect all delinquent contributions, interest and other damages regardless of other exhaustion requirements in these Collection Procedures.

4. If it has been necessary to file a complaint on more than one occasion against an employer in a collection suit brought by any CCU Entity, that employer thereafter may not be permitted to participate in the IPF, IHF, IMI and/or LOEPF unless the employer posts cash or a bond (in a form approved by the Director) equal to at least three month's average contributions in the prior year. The specific amount of said cash or bond will be set by the Director in his sole discretion. This provision will apply retroactively to any complaint filed against an employer by a CCU Entity in the past five years or thereafter.

III. AUDITS

Audits will be conducted to insure full compliance with employer obligations under collective bargaining agreements. Every employer can expect to be audited at some time. If a delinquency is discovered as the result of an audit, the employer will be assessed the cost of the audit.

A. Detection Of Delinquent Employers Subject To Audit

1. At least once every year, the Executive Directors of the IPF and IHF will send information to participants reflecting contributions received from participating employers. The participants will be encouraged to report missing hours to the CCU.

2. The CCU will take steps to insure that delinquencies of participating employers are recovered.

B. Audits Performed By Third Parties

1. The CCU will rely upon audits performed by third parties when CCU determines that they conform to auditing procedures contained in the CCU's Guidelines.

2. The CCU periodically will monitor the audits of third parties in order to confirm their reliability.

6

C. **Audits Performed On Employers Contributing Directly To The CCU**

1. The CCU will coordinate with third parties who perform audits on employers contributing directly to CCU and will insure that such audits conform to CCU guidelines.

2. As to employers contributing directly to the CCU who are not subject to audits by third parties, CCU will perform two types of payroll audits on directly contributing employers in order to insure compliance.

   a. **Random Audits** -- Audits may be conducted on any participating employer at any time, on a random basis, at the direction of the Director.

   b. **Problem Audits** -- When the Director receives information from a local union, covered member or other source indicating that an employer may be delinquent, the Director may order that an audit be conducted.

D. **Notification Of Audit Delinquency**

1. The CCU Office will send a Notice of Delinquency to audited employers found to be delinquent stating the amount of additional contributions owing as a result of the audit.

2. Any unsatisfied audit deficiency will be treated according to the CCU's Collection Procedures following the intervention of counsel.