

## DELINQUENCY POLICY

The Board of Trustees hereby adopts the following "Delinquency Policy" as the presumptive method for handling the collection of delinquent contributions from contributing employers:

(1) The Administrator (or other representative of the Plan) shall notify the employer in writing when a contribution is more than ten (10) days late. This Step 1 letter will demand payment in full within ten (10) days of the date of the letter. A sample letter is attached to this Policy (marked Exhibit A and hereby incorporated by reference) for use as a model for this Step 1 letter.

(2) If payment is not received in full by the 11th day after the date of the letter from the Administrator, the matter will be referred to legal counsel by sending a copy of the Step 1 letter, with a notation that payment has not been made.

(3) Legal counsel will, as soon as possible, notify the employer in writing that legal action will be taken, without further notice, if payment in full is not received within ten (10) days from the date of the letter. A sample letter is attached to this Policy (marked Exhibit B and incorporated by reference) for use as a model for this Step 3 letter. If this letter is sent, the employer will be responsible for the penalty set out in the Plan (10%) as well as the cost of attorneys' fees expended by the Plan.

(4) If payment is not received in full by the 11th day after the date of the letter from legal counsel, the Plan Administrator will advise legal counsel in writing (or by facsimile) to begin legal action. Thereafter, legal counsel will proceed to prepare the necessary papers to file suit as soon as possible. Any such legal proceeding shall seek to recover the principal amount due, interest, penalties, and costs of legal action, including attorneys' fees.

(5) Nothing in this policy shall be construed to limit the authority of the Trustees to compromise and settle any such delinquency matter for less than the full range of remedies if such compromise or settlement is, in the judgment of the Trustees, in the best interest of the Fund. Such action may be taken by telephone poll. Consideration will be given to the delinquency record of the employer as well as to any extenuating circumstances which the employer may demonstrate to the Trustees.

(6) If an employer is habitually delinquent in payment, the Plan administrator or the Trustees may advise the employer in writing that all future delinquencies will be assessed interest, even if the delinquency is paid in full prior to referral to legal counsel.

(7) The Plan Administrator or the Trustees may at any time demand that an Employer, who has been previously delinquent to the extent that the matter has been referred to legal counsel, to post

a security bond in the amount set out in the applicable collective bargaining agreement.

DATED this 21st day of January, 1998.

| EMPLOYER TRUSTEES: | UNION TRUSTEES: |
|---|---|
| _(signature)_<br>WALTER G. TERRY | _(signature)_<br>DAN MCCALL |
| _(signature)_<br>THOMAS H. FRICHTL | _(signature)_<br>ROGER WENTZ |
| _(signature)_<br>BRUCE E. SEMLOW | _(signature)_<br>WILLIAM MICHAEL O'KANE |
| _(signature)_<br>GREGORY A. PETRY | _(signature)_<br>JAMES BLANEY |

3