# United States District Court

SOUTHERN —————— **DISTRICT OF** —————— ILLINOIS

Bricklayers & Allied Craftworkers
International Union Local 8 of
Illinois, et al.,
    Plaintiff(s), **V.**

Stellhorn Masonry,
    Defendant(s)

## SUMMONS IN A CIVIL CASE

**CASE NUMBER:** O4 - 4I - DRH

**TO:** (Name and address of defendant)

Darryl Stellhorn
7530 Griggs Road
Red Bud, IL 62278

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RICHARD SHINNERS
Diekemper, Hammond, Shinners,
  Turcotte & Larrew, P.C.
7730 Carondelet Ave., Ste. 200
St.Louis, MO 63105

an answer to the complaint which is herewith served upon you, within _____ 2 0 _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

**NORBERT G. JAWORSKI**

CLERK

1-16-04

DATE

(BY) DEPUTY CLERK