UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOCAL 8 OF ILLINOIS BRICKLAYERS AND ALLIED CRAFTWORKERS, et al., ) ) ) Plaintiffs, ) ) v. ) ) STELLHORN MASONRY, ) ) Defendant. ) | Case No.: 04-41-DRH |

## MEMORANDUM OF DISMISSAL WITHOUT PREJUDICE

Come now plaintiffs, through counsel, pursuant to FED.R.CIV.P. 41(a)(1) and voluntarily dismiss this matter without prejudice. Plaintiffs take this action as a matter of right because defendant has not answered or filed a motion for summary judgment in this matter.

Respectfully submitted,

DIEKEMPER, HAMMOND, SHINNERS,
TURCOTTE AND LARREW, P.C.
7730 Carondelet, Suite 200
St. Louis, Missouri 63105
Phone: (314) 727-1015
Fax:   (314) 727-6804

     /s/  RICHARD SHINNERS
RICHARD SHINNERS, #4355
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by Electronic Mail to Laura K. Grandy, 720 Main Street, Suite 100, Belleville, Illinois, 62220, on this 6th day of April, 2004.

     /s/   RICHARD SHINNERS